UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK R. ELLICKSON,

    Defendant.

Case No. 20-CR-227

[18 U.S.C. § 2250(a)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. Beginning on or about July 1, 2018, and continuing to the present, in the State and Eastern District of Wisconsin,

**MARK R. ELLICKSON**

did knowingly fail to register as required under the Sex Offender Registration and Notification Act, Title 34, United States Code, Section 20901 *et seq.* ("The Act").

2. On or about September 29, 1997, Mark R. Ellickson was convicted of Aggravated Criminal Sexual Abuse of a Victim under thirteen years old in violation of IL Stat. 720, Act 5, 12-16(c)(i).

3. In approximately July 2018, Mark R. Ellickson traveled in interstate commerce from Illinois to Wisconsin where he resided and was employed until at least the date of this indictment.

4. Mark R. Ellickson was required to register with the State of Wisconsin Sex Offender Registry because he is a sex offender as defined by the Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

FOREPERSON

December 1, 2020
Date

Matthew D. Krueger
United States Attorney